| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Armen Avedissian, Esq.<br>Law Offices of Armen Avedissian<br>330 N. Brand Blvd., Suite 1280<br>Glendale, CA 91203<br>818-500-8811  Fax: 818-500-8882<br>California SBN: 183264<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY   DIVISION**

| In re:<br><br>Edwin E. Magana<br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:12-bk-11755-AA<br>CHAPTER: 13<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: 6/7/2012<br>TIME: 9:00 am<br>COURTROOM: 303<br>FLOOR: 3rd |
|---|---|

1. TO: The Hon. Alan M. Ahart, US Bankruptcy Judge, Elizabeth F. Rojas, Ch. 13 Trustee and Creditor CitiMortgage

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief set forth in the Motion and accompanying supporting documents served and filed herewith.

3. Hearing Location:  ☐ 255 East Temple Street, Los Angeles     ☐ 411 West Fourth Street, Santa Ana
   ☑ 21041 Burbank Boulevard, Woodland Hills     ☐ 1415 State Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. *(If you do not have an attorney, you may wish to consult one.)*

5. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                                             Page 1                                        F 4003-2.4.MOTION

a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

Date: 5/8/12

Law Offices of Armen Avedissian
Printed name of law firm *(if applicable)*

Armen Avedissian
Printed Name of Individual Debtor
or Attorney for Debtor

Signature of Individual Debtor
or Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011    Page 2    F 4003-2.4.MOTION

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
(DEBTOR: Edwin E. Magana                                                    )

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):** CitiMortgage (account ending in 7475-0)

1. **Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

    Street address:        16947 Horace Street
    Unit number:
    City, state, zip code: Granada Hills, CA 91344

    Legal description of Property or document recording number (*including county of recording*):
    _____
    _____

    [✓] See attached page for legal description of Property or document recording number.

2. **Case History:**

    a. A voluntary petition under chapter [ ] 7 [ ] 11 [ ] 12 [✓] 13 was filed on (*specify petition date*): 2/23/2012        .

    b. [ ] An Order of Conversion to chapter 13 was entered on (*specify date*): _____.

3. **Grounds for Avoidance of Junior Lien:**

    a. As of (*date of title review*) 4/3/2012        , the Property is subject to the following liens in the amounts specified securing the debt against the Property that the debtor seeks to have treated as indicated:

    (1) (*Name of holder of 1st lien*) Bank of America Home Loans ending 5249 in the amount of $ 415,000.00        .

    (2) (*Name of holder of 2nd lien*) CitiMortgage In (account ending in 7475-0) in the amount of $ 104,706.17        [ ] is [ ] is not to be avoided;

    (3) (*Name of holder of 3rd lien*) _____ in the amount of $ _____ [ ] is [ ] is not to be avoided;

    [ ] See attached page for additional lien(s).

    As of (*date of valuation/appraisal*) 2/7/2012        , Property is worth no more than (*value per valuation/appraisal*) $ 315,000.00        .

    b. As a result, each Respondent's Lien encumbering the Property is wholly unsecured.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                                    Page 3                                    F 4003-2.4.MOTION

# EXHIBIT "A"

Lot 44 of Tract No. 20821, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 649, Page(s) 78 to 80, inclusive, of Maps, in the office of the County Recorder of said County.

EXCEPT THEREFROM all oil, gas, minerals and other hydrocarbon substances lying below the surface of said land, but without the right of surface entry, as reserved or granted in documents of record.

06 2134228

c. **Evidence in Support of Motion:**

(1) ☑ The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*)
   Most recent mortgage stat. 2/28/2012 , attached hereto and identified as Exhibit 1 .

(2) ☑ The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*)
   Most recent mortgage stat. 4/17/2012 , attached hereto and identified as Exhibit 2 .

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*)
   _____, attached hereto and identified as Exhibit ___ .

(4) ☑ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit 3 .

(5) ☑ The value of the Property from paragraph 3(b) is based on (*type of evidence*)
   Appraisal prepared 2/27/2012 , attached as Exhibit 4 .

(6) ☐ Debtor submits the attached Declaration(s).

(7) ☑ Other evidence (*specify/identify supplemental evidence*): 1st Deed of Trust attached as Exhibit 5
   2nd Deed of Trust attached as Exhibit 6, and Grant Deed , attached as Exhibit 7 .

d. **WHEREFORE, Debtor prays that this Court issue an Order granting this Motion and establishing that:**

(1) The Property is valued at no more than (*requested value*) $ 315,000.00 .

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☐ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured claim(s) in the amount per filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: Debtor's ☐ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan or ☑ receipt of a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior lien(s).

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                                 Page 4                                 F 4003-2.4.MOTION

e. ☐ See attached continuation page for additional provisions.

Date: 5/8/12

Respectfully submitted,

By: _____
Signature of Debtor or Attorney for Debtor

Name: <u>Armen Avedissian, Esq.</u>
Printed Name of Debtor or Attorney for Debtor

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                                    Page 5                              F 4003-2.4.MOTION

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

330 N. Brand Blvd., Suite 1280
Glendale, CA 91203

A true and correct copy of the foregoing document described as **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)] AND** supporting documentation

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 05/09/2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

Elizabeth Rojas (TR)  cacb_ecf_sv@ch13wla.com
United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On 05/09/2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Alan M. Ahart, US Bankruptcy Court
21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 5/9/12    Signature: *Tania Avedissian*

Printed Name: Tania Avedissian

2. **SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)
(Certified Mail required for service on a national bank.)

| 1st lienholder (name and address)<br>Bank of America, N.A.<br>101 South Tryon Street, Nc1-007-58-01<br>Charlotte, NC 28255 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☑ FDIC website  ☐ Other (specify): | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
|---|---|---|
| 1st lienholder (name) and Agent for Service of Process (name and address)<br>BAC Home Loan Servicing, L.P.<br>100 N. Tryon Street<br>Charlotte, NC 28255<br>Attn: Barbara J. Desoer, President | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☑ Other (specify):<br><br>Website | Delivery Method<br>☐ United States mail<br>☑ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br><br>7011 2000 0002 5735 8403 |
| 1st lienholder (name) and Servicing Agent (name and address)<br>Bank of America N.A.<br>CT Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | Address from:<br>☐ Proof of claim  ☑ Secretary of State<br>☐ FDIC website  ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br><br>7011 2000 0002 5735 8397 |
| 2nd lienholder (name and address)<br>CitiMortgage, Inc.<br>14700 Citicorp Drive, MC 0251 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other (specify):<br><br>Mortgage Statement | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 2nd lienholder (name) and Agent for Service of Process (name and address)<br>CitiMortgage, Inc.<br>1000 Technology Drive<br>O'Fallon, Missouri 63368-2240<br>Attn: Sanjiv Das, Chief Executive Officer | Address from:<br>☐ Proof of claim  ☑ Secretary of State<br>☐ FDIC website  ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br><br>7011 2000 0002 5735 8380 |
| 2nd lienholder (name) and Servicing Agent (name and address)<br>CitiMortgage Inc.<br>CT Corporation System<br>181 W. Seventh Street<br>Los Angeles, CA 90017 | Address from:<br>☐ Proof of claim  ☑ Secretary of State<br>☐ FDIC website  ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br><br>7011 2000 0002 5735 8373 |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011    Page 7    F 4003-2.4.MOTION

| 3rd lienholder (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
|---|---|---|
| 3rdd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| Alternative/additional address *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>   Carrier Name: |
|---|---|---|
| Alternative/additional address *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>   Carrier Name: |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011    Page 8    F 4003-2.4.MOTION